# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-23099-CMB |
| Jeffrey Kenavey | ) |
| **Debtor,** | ) **Chapter** 13 |
| PNC Bank National Association, | ) |
| **Movant,** | ) **Related Document No.** 23,24,26 & 29 |
| vs. | ) **Hearing Date:** 1/16/20 @ 10:00 a.m. |
| Jeffrey Kenavey, | ) |
| Ronda J. Winnecour, Ch 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

## REPORT REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, comes the Debtor, by and through his counsel, Calaiaro Valencik, and reports the following regarding resolution of the Motion for Relief from Stay:

1. The Debtor was the owner of the real estate located at 125 Diane Drive, Monongahela, PA 15063.

2. The real estate was sold to Movant, PNC Bank, N.A. at a Sheriff's Sale on July 12, 2019.

3. The Debtor filed this Bankruptcy case on August 5, 2019.

4. Subsequently, Movant, PNC Bank, N.A. or its representatives, changed the locks on the premises and removed some or all of the Debtor's personal property from home.

5. Counsel for the Movant and counsel for the Debtor have met on several occasions to discuss resolution of the matters raised above.

6. Counsel for the Debtor has provided a list of the Debtor's personal property to Counsel for the Movant.

7. The parties have discussed the return of the Debtor's personal property and a possible cash settlement.

8. The Debtor has not been able to have access to his personal property yet to review it for damage or missing items. The access information was only received on January 3, 2020, and was forwarded to the Debtor on January 6, 2020.

9. The parties are still in the process of settlement and request that the hearing scheduled for January 16, 2020, be continued for a period of 30 days. Counsel for PNC Bank, N.A. has no objection to a 30 day continuance.

                                      **Respectfully submitted,**

Date: January 7, 2020                     **BY:** /s/ James A. Prostko
                                            **James A. Prostko, Esquire, PA I.D. #27221**
                                            jprostko@c-vlaw.com
                                            **CALAIARO VALENCIK**
                                            **938 Penn Avenue, Suite 501**
                                            **Pittsburgh, PA  15222-3708**
                                            **(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 19-23099-CMB |
| Jeffrey Kenavey | ) |
| **Debtor,** | ) **Chapter** 13 |
| PNC Bank National Association, | ) |
| **Movant,** | ) **Related Document No.** 23,24,26 & 29 |
| **vs.** | ) **Hearing Date:** 1/16/20 @ 10:00 a.m. |
| Jeffrey Kenavey, | ) |
| Ronda J. Winnecour, Ch 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

### CERTIFICATE OF SERVICE OF Report Regarding Motion for Relief from the Automatic Stay

I certify under penalty of perjury that I served the above captioned Report on the parties at the addresses specified below or on the attached list on January 7, 2020.

**Service by E-mail**:
Jeffrey Kenavey, 25 Diane Drive, Monongahela, PA 15063; Jkenavey@comcast.net

**Service by NEF**:
Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov
James Warmbrodt on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
bkgroup@kmllawgroup.com
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) were: Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** January 7, 2020         /s/ James A. Prostko
                                          **James A. Prostko, Esquire,  PA I.D. #27221**
                                          **jprostko@c-vlaw.com**

                                          **CALAIARO VALENCIK**
                                          **938 Penn Avenue, Suite 501**
                                          **Pittsburgh, PA  15222-3708**
                                          **(412) 232-0930**