## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-23099-CMB |
| | ) | |
| Jeffrey Kenavey, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| PNC BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Related to Doc. No. 23, 26, 34, 35 |
| | ) | |
| Jeffrey Kenavey, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Additional Respondent. | ) | |

### ORDER

**AND NOW,** this 5th, day of February, 2020, whereas a Motion for Relief from the Automatic Stay ("Motion") was filed by PNC Bank National Association (Doc. No. 23), a response was filed by Debtor (Doc. No. 26), and upon consideration of the Report filed January 7, 2020 (Doc No. 35) in advance of the evidentiary hearing scheduled on February 26, 2020, at 10:00 A.M.,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. On or before **February 20, 2020**, Movant shall file a *joint* status report advising as follows:
    a. The status of the parties' settlement negotiations;
    b. To the extent a settlement has not been reached, the legal and factual issues that remain in dispute.
2. The attached forms shall be used to prepare each party's exhibit list and witness list.

1

3.  All exhibits shall be pre-marked by counsel using exhibit labels. Movant(s) use exhibit numbers and Respondent(s) use exhibit letters. Each exhibit shall also be pre-marked to indicate whose exhibit it is and the date of the hearing. Example:

| PNC Bank, N.A. | Kenavey |
|---|---|
| Exhibit #1 | Exhibit A |
| 2/26/20 | 2/26/20 |

4.  Counsel shall deliver to Chambers[1] and opposing counsel a completed witness list and exhibit list using the attached forms and copies of all pre-marked exhibits on or before **February 21, 2020**. Exhibits are not required to be filed on the docket.

5.  The Court will consider at the time of the evidentiary hearing whether briefing will be required.

6.  Movant shall serve the Motion and this Order on all parties in interest and shall file a Certificate of Service forthwith.

Carlota M. Böhm
United States Bankruptcy Judge

FILED
2/5/20 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

[1]     Pursuant to Judge Böhm's Procedures, counsel shall provide the Court with three (3) complete copies of marked exhibits. If any party's exhibits cumulatively total in excess of 20 single-sided pages, each set of the exhibits shall be bound in a three-ring binder, with each exhibit separated by a tabbed divider page. Additionally, the lower right hand corner of each page of the collective exhibit document shall be consecutively numbered (Bates Stamp numbering) from the first page to the last page, independent of exhibit identification numbers previously placed on the exhibits.

**EXHIBITS FILED ON BEHALF OF:** _____

**Case No.** _____

**Motion** _____

**Doc. No.** _____

**Date of Evidentiary Hearing** _____

| Exhibit Number/ Letter | Date of Exhibit | Witness | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WITNESS LIST FILED ON BEHALF OF:** _____

**Case No.** _____

**Motion** _____

**Doc. No.** _____

**Date of Evidentiary Hearing** _____

| Name of Witness | Address | Area of Testimony |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-23099-CMB
Jeffrey Kenavey                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1            Date Rcvd: Feb 05, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db            +Jeffrey Kenavey,    125 Diane Dr.,    Monongahela, PA 15063-1154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
          David Z. Valencik    on behalf of Debtor Jeffrey  Kenavey dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Jeffrey  Kenavey dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Debtor Jeffrey  Kenavey jprostko@c-vlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 6