IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Kenavey<br><br>Debtor<br>PNC Bank National Association<br><br>Movant<br>vs.<br>Jeffrey Kenavey<br>Ronda J. Winnecour, Trustee<br><br>Respondents | Case No. 19-23099-CMB<br><br>CHAPTER 13<br><br>Related to Documents 23, 26<br><br>Hearing date: 2/26/20 @ 10:00 a.m. |

## ORDER OF COURT

AND NOW, this __20th__ day of __February__, 2020, counsel for the respective parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is hereby GRANTED, and Movant is granted relief from the automatic stay under 11 U.S.C. § 362 with respect to the subject premises located at 125 Diane Drive, Monongahela, PA 15063 ("Property"), so as to allow Movant, its successors or assignees, to pursue its in rem state court remedies, including, but not limited to, recording the Sheriff's deed and taking any legal action for enforcement of its right to possession of the Property. By his consent to this order the Debtor does not waive his rights to secure his personal property, nor shall this order excuse Movant from granting Debtor access to his personal property.

This Order shall have no adverse effect on any alleged claim for violation of the automatic stay by PNC Bank National Association.

The evidentiary hearing in this matter scheduled for February 26, 2020 at 10:00 a.m. is cancelled.

BY THE COURT:

_____
U.S. Bankruptcy Judge

Consented to by:
*/s/ Donald R. Calaiaro, Esquire*
Donald R. Calaiaro, Esquire
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222
Phone: 412-232-0930
dcalaiaro@c-vlaw.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

FILED
2/20/20 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23099-CMB
Jeffrey Kenavey                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 1            Date Rcvd: Feb 20, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db          +Jeffrey Kenavey,    125 Diane Dr.,    Monongahela, PA 15063-1154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
          David Z. Valencik   on behalf of Debtor Jeffrey  Kenavey dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro   on behalf of Debtor Jeffrey  Kenavey dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Debtor Jeffrey  Kenavey jprostko@c-vlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6