IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23099 |
|     Jeffrey Steven Kenavey    . | : | Chapter 13 |
|                     Debtor | : | |
| | : | |
| Jeffrey Steven Kenavay | : | |
| | : | Document No. |
| Movant | : | |
| | : | |
|       v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Debtor Name:    Jeffrey Steven Kenavey

    Incorrect Address: 125 Diane Drive, Monongahela, PA 15063

Corrected Address:

    Debtor Name: Jeffrey Steven Kenavey

    Correct Address: 6088 Brownsville Rd., Ext., Fineeyville, PA 15332

Dated 04/29/2020                                            /s/ David Z. Valencik, Esquire

                                                                             Electronic Signature of Debtor(s)' Attorney

                                                                             David Z. Valencik, Esquire
                                                                             Typed Name

                                                                             Calaiaro Valenciik
                                                                             938 Penn Avenue, Suite 501
                                                                             Pittsburgh, PA 15222
                                                                             Address

                                                                             412-232-0930
                                                                             Phone No.

                                                                             PA I.D. #308361
                                                                             Bar I.D. and State of Admission